UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SHELIA K. VARNEDOE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV418-067 |
| MEGAN J. BRENNAN, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Due to a clerical oversight docketing plaintiff's interim payments, the Court issued a series of orders recommending the dismissal of plaintiff's claim for failure to comply with a Court order. *See, e.g.*, docs. 8, 9, 11. However, plaintiff fully complied with this Court's January 22, 2019 Order—as the docket now accurately reflects—requiring a partial filing fee payment of $240. Doc. 7 (requiring three installments of $80). Given plaintiff's compliance, no response to this Court's May 23, 2019 Show Cause Order, doc. 11, is required. The Court will screen her Complaint, as required by 28 U.S.C. § 1915 in a later order.

**SO ORDERED**, this 30th day of May, 2019.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia