

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHELIA K. VARNEDOE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-067
)
MEGAN J. BRENNAN, Postmaster )
General; DENISE HOLGUIN, )
Postmaster, Savannah, Georgia; )
LASANDRA CRAWFORD, Labor )
Relations Specialist; SUSAN L. )
WHITE, District Complement )
Coordinator; KENNETH BRANTLEY, )
Manager Post Office Operations; )
)
    Defendants. )
_____ )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 19), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

SO ORDERED this 22ND day of January 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA