IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHELIA K. VARNEDOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV418-067 |
| | ) |
| MEGAN J. BRENNAN, Postmaster General, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Before the Court is the Magistrate Judge's March 2, 2021, Report and Recommendation (Doc. 51), to which Plaintiff has filed objections (Doc. 52). After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case.[1] Therefore, Plaintiff's Motion for Summary Judgment (Doc. 41) is **DENIED** and Defendant's Motion for Summary Judgment (Doc. 44) is **GRANTED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 23rd day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that it has considered Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. (Doc. 52.) In her objections, Plaintiff fails to address the critical deficiencies the Magistrate Judge identified in Plaintiff's retaliation claim, namely that Plaintiff has failed to produce any evidence that her 2013 EEOC complaint was the cause of her work reassignment. (Doc. 51 at 20.) Instead, Plaintiff merely reasserts allegations and arguments already considered and rejected in the report and recommendation. Accordingly, Plaintiff's objections are **OVERRULED**.