AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHELIA K. VARNEDOE,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

        V.

CASE NUMBER: CV418-067

MEGAN J. BRENNAN, Postmaster General,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 23rd day of March, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Therefore, Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.  This case stands CLOSED.



| March 23, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *Candy Cashell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020